UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-cv-21960-BLOOM/Otazo-Reyes

**PEDRO VERGARA**,

      Plaintiff,

vs.

**KOHL'S, INC., a foreign
for-profit company,**

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff PEDRO VERGARA, by and through his undersigned Counsel, and Defendant, KOHL'S, INC.., by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

DATED:  August 16, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**BAKER & HOSTETLER LLP**
Counsel for Defendant
200 South Orange Avenue
Suite 2300
Orlando, FL  32801-3432
(407) 649-4088
jcgriswold@bakerlaw.com
nbowen@bakerlaw.com

By: */s/  Joel C. Griswold*
      JOEL C. GRISWOLD
      Fla. Bar No. 1008827